# EXHIBIT I

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

MATTHEW SZAPPAN,

        Plaintiff,            CASE NO.: 18-cv-12244
                                      HON. THOMAS L. LUDINGTON

v.

TROY MEDER, MARK GARABELLI,
DEPUTY SHIELDS, SAGINAW COUNTY,

        Defendants.

---

| | |
|---|---|
| ISSA G. HADDAD (P716990)<br>**HADDAD LAW FIRM, PLC**<br>Attorney for Plaintiff<br>30600 Telegraph Road – Suite 3150<br>Bingham Farms, MI  48025-4550<br>(248) 633-8500<br>issa@haddlaw.com<br><br>JOHN G. FEDYNSKY (P65232)<br>**STATE OF MICHIGAN ATTORNEY GENERAL'S OFFICE, CIVIL LITIGATION, EMPLOYMENT & ELECTIONS DIVISION**<br>Attorney for Defendant Meder<br>P.O. Box 30736<br>525 W. Ottawa Street<br>Lansing, MI  48909<br>(517) 373-6434<br>(517) 373-2454 – fax<br>fedynskyj@mighigan.gov | AUDREY J. FORBUSH (P41744)<br>**PLUNKETT COONEY**<br>Attorney for Defendants Saginaw County, Garabelli and Shields<br>Plaza One Financial Center<br>111 E. Court Street – Suite 1B<br>Flint, MI  48502<br>(810) 342-7014<br>(810) 232-3159 – fax<br>aforbush@plunkettcooney.com |

## STIPULATED ORDER TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS SAGINAW COUNTY, GARABELLI AND SHIELDS DISCOVERY REQUESTS

Pursuant to the parties' stipulation, as shown by the signatures of counsel, the Court enters the following Order:

1. That Plaintiff's responses to Defendants Saginaw County, Garabelli and Shields Discovery Requests dated October 9, 2018 shall be extended to March 1, 2019.

**IT IS SO ORDERED.**

                                        s/Thomas L. Ludington
                                        THOMAS L. LUDINGTON
                                        United States District Judge

Dated: February 28, 2019

AGREED AS TO FORM AND SUBSTANCE:

/s/ Alannah M. Buford-Kamerman
AUDREY J. FORBUSH (P41744)
ALANNAH M. BUFORD-KAMERMAN (P81221)
**PLUNKETT COONEY**
Attorney for Defendants Saginaw County,
Garabelli and Shields
Plaza One Financial Center
111 E. Court Street – Suite 1B
Flint, MI 48502
(810) 342-7014
(810) 232-3159 – fax
aforbush@plunkettcooney.com
abuford@plunkettcooney.com

   /s/ Issa G. Haddad (w/permission)
ISSA G. HADDAD (P71699)
**HADDAD LAW FIRM, PLC**
Attorney for Plaintiff
30600 Telegraph Road – Suite 3150
Bingham Farms, MI 48025-4550
(248) 633-8500
issa@haddlaw.com

3